**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  05-cr-00092-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JEFFREY F. BRADY,

      Defendant.

## ORDER

Pursuant to and in accordance with the sentencing hearing held before the Honorable Robert E. Blackburn, United States District Judge, on May 27, 2014,

**IT IS ORDERED** that Defendant Jeffrey F. Brady is sentenced to **time served**.

Dated:  May 27, 2014

                                BY THE COURT:

                                s/ Robert E. Blackburn
                                ROBERT E. BLACKBURN,
                                UNITED STATES DISTRICT JUDGE